| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.58.203.17,<br><br>　　　　Defendant. | Case No. 18-cv-01162-JCS<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT AND DENYING AS MOOT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 13 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff Strike 3 Holdings, LLC ("Strike 3") moves to file under seal its First Amended Complaint and proposed summons identifying the defendant in this action, whom Strike 3 initially sued as a Doe defendant identified only by an IP address. Pursuant to the Court's previous order, Strike 3 seeks to maintain the defendant's name under seal.

The Court declines to permit Strike 3 to alter the caption of this case such that the caption itself requires redaction. *See Strike 3 Holdings, LLC v. John Doe Subscriber Assigned IP Address 67.180.248.237*, No. 17-cv-06663-JCS, ECF Doc. No. 14 (N.D. Cal. Feb. 1, 2018) (Order Striking First Amended Complaint). The First Amended Complaint is therefore STRICKEN and the motion to file under seal is DENIED as moot. Strike 3 may file a second amended complaint retaining the current caption of this action and including the defendant's name and any other relevant identifying information redacted and under seal within the body of the complaint.

**IT IS SO ORDERED.**

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge