UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>　　　　Plaintiff.<br>　　v.<br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.58.203.17,<br>　　　　Defendant. | Case No. 18-cv-01162-JCS<br><br>**ORDER TO SHOW CAUSE** |

A hearing on the Motion for Entry of Default Judgment [ECF 27] was scheduled on December 7, 2018, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **January 11, 2019, at 9:30 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action, failure to appear at the motion hearing on December 7, 2018, and for failure to comply with the Court's Orders of October 24, 2018 [ECF 29], and December 3, 2018 [ECF 31]. Oral argument on the Motion for Entry of Default Judgment is set for **January 11, 2019**, **at 9:30 a.m.**

IT IS SO ORDERED.

Dated: December 11, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge